FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN S.,<br><br>     Plaintiff,<br>  v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>     Defendant. | No: 1:20-CV-03119-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 18. The Plaintiff is represented by Attorney D. James Tree. The Defendant is represented by Special Assistant United States Attorney Jeffrey E. Staples.

After consideration, **IT IS HEREBY ORDERED** that the Stipulated Motion for Remand, ECF No. 18, is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Commissioner of Social Security, the Appeals Counsel should remand this case to the Administrative Law Judge (ALJ). On remand, the ALJ shall do the following: (1) reevaluate the additional

ORDER ~ 1

evidence Plaintiff submitted to the Appeals Council; (2) reevaluate Plaintiff's symptom testimony; (3) reevaluate Plaintiff's maximum residual functional capacity and obtain medical expert evidence, as necessary; (4) obtain supplemental vocational expert evidence, if necessary; (5) offer the claimant the opportunity for a hearing; (6) further develop the record as necessary; and (7) issue a new decision.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **DENIED** as moot, given the parties' motion for remand.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, enter judgment in favor of the Plaintiff, and **CLOSE** the file.

**DATED** May 24, 2021.

*s/Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge

ORDER ~ 2