FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN S.,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No. 1:20-CV-03119-SAB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)** |

    Before the Court is Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b), ECF No. 26. Plaintiff is represented by D. James Tree. Defendant is represented by Jeffrey Staples and Timothy Durkin.

    On November 1, 2022, Magistrate Judge Alexander Ekstrom issued a Report and Recommendation that Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) be granted. ECF No. 31. No opposition to the Report and Recommendation has been filed.

    Accordingly, **IT IS HEREBY ORDERED**:

    1. The Court **adopts** Magistrate Judge Ekstrom's Report and Recommendation in its entirety.

    2. Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b), ECF No. 26, is **GRANTED**.

    3. The Court awards § 406(b) attorney fees to Mr. Tree in the amount of

**ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)** ~ 1

$10,269.25. Plaintiff is due an offset of $4,446.49 for previously paid EAJA fees, leaving a net attorney fee due Mr. Tree of $5,822.76.

4. The Social Security Administration is directed to release to Plaintiff's counsel, Mr. D. James Tree, Section 406(b) attorney fees in the amount of $5,822.76 and any additional funds withheld by the Social Security Administration for the payment of attorney fees be released to Plaintiff.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 6th day of December 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)** ~ 2